IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3041 |
| | ) | |
| V. | ) | |
| | ) | |
| MARSHAWN RAMONE GREEN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Because the Defendant, who was sentenced on October 27, 2010, was given the benefit of the *Fair Sentencing Act of 2010* when he was sentenced (*see*, *e.g.*, Statement of Reasons, p.3, ¶ VI D, filing no. 47),

IT IS ORDERED that the Motion to Reduce Sentence in regards to the *First Step Act* (filing no. 52) is denied.

DATED this 5th day of February, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge