IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:10CR3041 |
| vs. | |
| MARSHAWN RAMONE GREEN, | ORDER |
| Defendants. | |

Defense counsel has moved to withdraw because the defendant is not eligible for relief under the First Step Act. (Filing No. 57).

IT IS ORDERED:

1) Defense counsel's motion (Filing No. 57), is granted. David Stickman is hereby withdrawn as counsel.

2) The clerk shall delete David Stickman from any future ECF notifications herein.

March 14, 2019.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge